**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBERT HASKETT, and**
**LAURA HASKETT** **PLAINTIFFS**

**v.** **No. 3:16-cv-47-DPM**

**GAMMA POWERSPORTS; PETER RAMSEY, Individually and as the Founder and Owner of Gamma Powersports; COOL SPRINGS RIDES, LLC, d/b/a Harley-Davidson of Cool Springs; AUTOMATIC DISTRIBUTORS; and JOHN DOES, 1–5, Unknown Defendants** **DEFENDANTS**

**ORDER**

The Hasketts filed suit more than 90 days ago. The docket shows no service on Cool Springs Rides. The Court will dismiss the claims against Cool Springs Rides without prejudice unless the Hasketts show timely service or seek some other relief by 27 May 2016. FED. R. CIV. P. 4(m).

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 May 2016