IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT HASKETT, and
LAURA HASKETT                                                                    PLAINTIFFS

v.                              No. 3:16-cv-47-DPM

GAMMA POWERSPORTS; PETER
RAMSEY, Individually and as the Founder
and Owner of Gamma Powersports; COOL
SPRINGS RIDES, LLC, d/b/a Harley-Davidson
of Cool Springs; AUTOMATIC DISTRIBUTORS;
and JOHN DOES, 1–5, Unknown Defendants                    DEFENDANTS

ORDER

I've learned that the Hasketts live next door to my courtroom deputy.

To avoid any shadow over how the merits in this case are resolved, I recuse.

28 U.S.C. § 455(a). The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 June 2016