## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ROBERT HASKETT and                                                                    PLAINTIFFS
LAURA HASKETT

v.                                    NO. 3:16CV00047 JLH

GAMMA POWERSPORTS; PETER RAMSAY,
Individually and as the Founder and Owner of
Gamma Powersports; COOL SPRINGS RIDES, LLC,
d/b/a Harley-Davidson of Cool Springs;
AUTOMATIC DISTRIBUTORS; and
JOHN DOES 1-5, unknown defendants                                                     DEFENDANTS

## ORDER

Sarah Cullen has filed a motion to withdraw as counsel for defendants Gamma Powersports and Peter Ramsay. Cullen states in the motion that she was engaged by an insurance carrier to defend those two defendants, but the insurance carrier has determined that it does not owe those defendants a defense or an indemnification and has instructed her to withdraw. If Gamma Powersports, Peter Ramsay, or both of them have an objection to the motion to withdraw, they should file their objection with the Clerk of Court within thirty days from the entry of this Order. If they do not have an objection to the motion to withdraw, Gamma Powersports must have new counsel enter an appearance within thirty days from the entry of this Order. Ramsay must, within thirty days from the entry of this Order, either have new counsel enter an appearance or give notice that he intends to proceed *pro se*. If he decides to proceed *pro se*, he must provide an address and telephone number to the Clerk of Court and opposing counsel so that the Court and counsel may communicate with him regarding matters relevant to this case.

If Gamma Powersports, Peter Ramsay, or both fail to respond to this Order within thirty days, a default judgment may be entered against them.

The time within which Gamma Powersports and Peter Ramsay must file an answer to the amended complaint is extended up to and including August 4, 2016.

The Court directs Sarah Cullen to serve a copy of this Order on Gamma Powersports and Peter Ramsay immediately and file a certificate of service stating the date on which she served them and the means used to accomplish that service.

IT IS SO ORDERED this 21st day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE