**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

ROBERT HASKETT; et al.                                                                                  PLAINTIFFS

v.                                              NO.  3:16CV00047

GAMMA POWERSPORTS; et al.                                                               DEFENDANTS

## ORDER

This matter was randomly assigned to the docket of United States District Judge J. Leon Holmes on June 3, 2016.  Attorney Thomas G. Williams entered an appearance as counsel of record for defendant 4162 Doerr Road, Inc., on July 21, 2016.  Mr. Williams appears on Judge Holmes's recusal list.  Therefore, the Court directs the Clerk to assign this action to another judge.

Dated this 21st day of July, 2016.

                                                                        AT THE DIRECTION OF THE COURT
                                                                        JAMES W. McCORMACK, CLERK

                                                                        BY: /s/ Cory Wilkins
                                                                              Courtroom Deputy to
                                                                              U.S. District Judge J. Leon Holmes