**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBERT HASKETT, et al.**                                                                 **PLAINTIFFS**

**v.**                              **CASE NO. 3:16CV00047 BSM**

**GAMMA POWERSPORTS, et al.**                                                 **DEFENDANTS**

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiffs' motions to dismiss Gamma Powersports and Peter Ramsay [Doc. No. 43], Cool Springs Rides, LLC [Doc. No. 46], and Automatic Distributors [Doc. No. 47] are granted. Accordingly, claims against these parties are dismissed without prejudice.

IT IS SO ORDERED this 12th day of August 2016.

_____
UNITED STATES DISTRICT JUDGE