**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**ROBERT HASKETT, et al.**                                                                  **PLAINTIFFS**

**v.**                            **CASE NO. 3:16CV00047 BSM**

**GAMMA POWERSPORTS, et al.**                                                **DEFENDANTS**

**ORDER**

Plaintiffs' motion to dismiss Western Power Sports pursuant to Federal Rule of Civil Procedure 41(c) [Doc. No. 59] is granted and Western is hereby dismissed without prejudice. Western, however, remains a crossclaim defendant pursuant to TNHD Partners' crossclaim.

IT IS SO ORDERED this 14th day of September 2016.

_____
UNITED STATES DISTRICT JUDGE