IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT HASKETT and**                                                                    **PLAINTIFFS**
**LAURA HASKETT**

**v.**            **CASE NO. 3:16CV00047 BSM**

**TNHD PARTNERS LLC, et al.**                                        **DEFENDANTS**

## **ORDER**

Upon the request of the parties, venue is transferred to the Western Division. *See* 28 U.S.C. § 1406(a).

IT IS SO ORDERED this 31st day of January 2017.

_____
UNITED STATES DISTRICT JUDGE