IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROBERT HASKETT and  PLAINTIFFS
LAURA HASKETT

v.  CASE NO. 3:16CV00047 BSM

TNHD PARTNERS, LLC d/b/a HARLEY DAVIDSON OF
COOL SPRINGS; 4162 DOERR ROAD, INC. d/b/a MARSHALL
DISTRIBUTING, INC.; POWER PRIME LIMITED;
and JOHN DOE 1 (UNKNOWN DEFENDANT)  DEFENDANTS

# ORDER

Plaintiffs Robert and Laura Haskett's motion to conduct limited discovery [Doc. No. 84] is granted. The discovery will be limited to determining the scope of defendant TNHD Partners, LLC d/b/a Harley Davidson of Cool Springs's contacts with the state of Arkansas via its website. *See Lakin v. Prudential Securities, Inc.*, 348 F.3d 704, 712–14 (8th Cir. 2003) (allowing jurisdictional-related discovery to determine defendant's contacts with the forum state via the defendant's website to help decide whether defendant was subject to personal jurisdiction). Upon completion of this limited discovery, plaintiffs will have fourteen (14) days to supplement their response to TNHD Partners's motion to dismiss.

IT IS SO ORDERED this 4th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE