IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT HASKETT and**                                                    **PLAINTIFFS**
**LAURA HASKETT**

**v.**                 **CASE NO. 3:16CV00047 BSM**

**TNHD PARTNERS, LLC d/b/a HARLEY DAVIDSON OF**
**COOL SPRINGS; 4162 DOERR ROAD, INC. d/b/a MARSHALL**
**DISTRIBUTING, INC.; POWER PRIME LIMITED;**
**and JOHN DOE 1 (UNKNOWN DEFENDANT)**            **DEFENDANTS**

## ORDER

Defendant TNHD Partners, LLC d/b/a Harley Davidson of Cool Springs's motion [Doc. No. 90] to establish a deadline for plaintiffs to complete limited jurisdictional discovery is granted. Plaintiffs have fourteen (14) days from the date of this order to make their discovery requests and TNHD has seven (7) days to respond. Plaintiffs have fourteen (14) days from the day they receive responses to their discovery requests to fully respond to TNHD's motion to dismiss.

IT IS SO ORDERED this 30th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE