IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ROBERT HASKETT and**                                                        **PLAINTIFFS**
**LAURA HASKETT**

**v.**                   **CASE NO. 3:16-CV-00047 BSM**

**TNHD PARTNERS, LLC d/b/a HARLEY DAVIDSON OF**
**COOL SPRINGS; 4162 DOERR ROAD, INC. d/b/a MARSHALL**
**DISTRIBUTING, INC.; POWER PRIME LIMITED;**
**and JOHN DOE 1 (UNKNOWN DEFENDANT)**                   **DEFENDANTS**

## **ORDER**

Pursuant to the parties' joint motion to dismiss [Doc. No. 133], this case is dismissed with prejudice with each party to bear its own fees and costs. *See* Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED this 28th day of June 2018.

_____
UNITED STATES DISTRICT JUDGE