# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ROBERT HASKETT and**                                **PLAINTIFFS**
**LAURA HASKETT**

**v.**                 **CASE NO. 3:16-CV-00047 BSM**

**TNHD PARTNERS, LLC d/b/a HARLEY DAVIDSON OF**
**COOL SPRINGS; 4162 DOERR ROAD, INC. d/b/a MARSHALL**
**DISTRIBUTING, INC.; POWER PRIME LIMITED;**
**and JOHN DOE 1 (UNKNOWN DEFENDANT)**             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice with each party to bear its own fees and costs.

IT IS SO ORDERED this 28th day of June 2018.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE